22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

SUIT NO.: **2013-13383** DIVISION: J

JENNIFER RIST THOMPSON

VERSUS

LABORATORY CORPORATION OF AMERICA

FILED: _JUL 24 2013_  _S/TIFFANY GONZALES_

DEPUTY CLERK

## PETITION FOR DAMAGES

NOW COMES, through undersigned counsel, Jennifer Rist Thompson, a person of the full age of majority and a resident of the Parish of St. Tammany, State of Louisiana, who respectfully represents the following:

I.

That made defendant herein is LABORATORY CORPORATION OF AMERICA ("LabCorp"), upon information and belief, a foreign corporation authorized to do and doing business in the Parish of St. Tammany, State of Louisiana.

II.

That in connection with treatment for an ongoing pregnancy, petitioner, Jennifer Rist Thompson, had blood drawn at the facility of defendant, LabCorp, which was performed by an employee thereof on or about August 22, 2012.

III.

During the drawing of blood, an employee of defendant struck a nerve in petitioner's arm, causing her immediate pain and lasting complications, such as pain, weakness, tingling, and nerve damage.

IV.

At all relevant times herein, the employee of LabCorp involved in the August 22, 2012 procedure was acting within the course and scope of his/her employment with LabCorp, which is vicariously liable for his/her actions and for the damages suffered by Ms. Thompson as a result thereof.

V.

The above-described care rendered by LabCorp, through its employee(s), fell below the

**EXHIBIT 1**

FAX FILED
7/22/2013

applicable standard of care and was negligent in the following, non-exclusive particulars:

    A)   Failure to use due care under the circumstance;

    B)   Failure to properly draw blood from a patient;

    C)   Failure to properly render appropriate follow-up care or recommend same after striking a nerve in petitioner's arm;

    D)   Negligent administration of medical care; and

    E)   Any and all acts of negligence which may be discussed through the course of discovery in this matter.

VI.

As a result of the above-described care rendered by defendants herein, petitioner, Jennifer Rist Thompson, has suffered the following, non-exclusive damages:

  A) Pain and suffering;

  B) Disability and loss of function;

  C) Mental anguish;

  D) Medical expenses;

  E) Lost wages and lost earning capacity; and

  F) All other damages considered reasonable under the premises.

WHEREFORE, petitioner, Jennifer Rist Thompson, prays that defendant, Laboratory Corporation of America, be served with a copy of this Petition and duly cited to appear and answer same, and that after due proceedings are had, that there be judgment rendered herein in favor of petitioner and against defendant for an amount reasonable under the premises, for legal interest from the date of filing, for all costs of these proceedings, attorney's fees and for all general and equitable relief as allowed by law.

Respectfully submitted,

_____
JOHN D. SILEO (La. Bar No.: 17797)
KEVIN P. RICHÉ (La. Bar No. 31939)
320 N. CARROLLTON AVENUUE
SUITE 101
NEW ORLEANS, LOUISIANA 70119
TEL: 504-486-4343
FAX: 504-297-1249
*Counsel for Jennifer Rist Thompson*

A TRUE COPY
By Clerk 22nd Jud. Dist. Court
ST. TAMMANY PARISH, LA

**Please Serve:**

Laboratory Corporation of America
Through its registered agent for service of process,
Corporation Service Company
320 Somerulos St.
Baton Rouge, Louisiana 70802-6129



CORPORATION SERVICE COMPANY

# Notice of Service of Process

null / ALL
Transmittal Number: 11430616
Date Processed: 07/29/2013

| | |
|---|---|
| Primary Contact: | Kristina Cates<br>Laboratory Corporation of America Holdings<br>531 South Spring Street<br>Burlington, NC 27215 |
| Copy of transmittal only provided to: | Emily Greeson<br>Lynda Andrews<br>Anetta Outlaw |
| Entity: | Laboratory Corporation of America<br>Entity ID Number 0035873 |
| Entity Served: | Laboratory Corporation Of America |
| Title of Action: | Jennifer Rist Thompson vs. Laboratory Corporation Of America |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | St. Tammany Parish District Court, Louisiana |
| Case/Reference No: | 2013-13383 J |
| Jurisdiction Served: | Louisiana |
| Date Served on CSC: | 07/29/2013 |
| Answer or Appearance Due: | 15 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Kevin P. Riche<br>504-486-4343 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
CSC is SAS70 Type II certified for its Litigation Management System.
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882  |  sop@cscinfo.com

**SERVE**

Jennifer Rist Thompson      No. 2013-13383 J

Versus

**22nd Judicial District Court**
**Parish of St. Tammany**

Laboratory Corporation of America

**Louisiana**

TO THE DEFENDANT    LABORATORY CORPORATION OF AMERICA, THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE COMPANY, 320 SOMERULOS ST., BATON ROUGE, LOUISIANA 70802-6129

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this    24TH    day of    JULY    A.D. 20 13

*Malise Prieto*, CLERK OF COURT

BY: S/Tiffany Gonzales

A TRUE COPY
By Clerk, 22nd Jud. Dist. Court
ST. TAMMANY PARISH, LA

DEPUTY CLERK OF COURT

ISSUED: 7/24/13

Attorney    KEVIN P. RICHE'   P1
320 N. CARROLLTON AVE., SUITE 101
NEW ORLEANS, LA 70119

Received on _____, 20 ____, and on the _____ day of _____, 20 ____, I served a true copy of the within _____, on _____ in person, at domicile with _____

in _____ Parish, a distance of _____ miles from the Court House.

_____
Deputy Sheriff

Parish of _____

K-101                                                            101-15