UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JENNIFER R. THOMPSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-5584-SM-SS** |
| **LABORATORY CORP. OF AMERICA** | |

## ORDER

DEFENDANT'S MOTION TO COMPEL (Rec. doc. 11)

**DISMISSED AS MOOT**

At the request of the defendant and mover, Laboratory Corporation of America ("LabCorp"),

IT IS ORDERED that LabCorp's motion to compel discovery responses (Rec. doc. 11) is DISMISSED as MOOT.

New Orleans, Louisiana, this 25th day of April, 2014.

_____
SALLY SHUSHAN
U.S. Magistrate Judge